

USA Fresenius Mgmt Services Inc    920 Winter Street Waltham, MA 02451    +1 781-699-9000
Dana Manton    252 Chestnut St Spring City, PA 19475

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Dana Manton | USA Fresenius Mgmt Services Inc | 3124400 | 06/23/2024 | 07/06/2024 | 07/12/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|--------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 64.00 | 2,465.85 | 99.80 | 298.02 | 249.31 | 1,818.72 |
| YTD | 564.00 | 24,868.84 | 1,197.60 | 3,672.25 | 2,497.09 | 17,501.90 |

| Earnings | | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| KCA Bonus | | | 0 | | 0 | 2,410.40 | OASDI | 146.92 | 1,470.24 |
| STD ESL | | | 0 | | 0 | 1,893.97 | Medicare | 34.36 | 343.85 |
| Life Insurance Impu | 06/23/2024 - 07/06/2024 | 0 | 0 | 3.65 | 0 | 42.26 | Federal Withholding | 16.71 | 853.26 |
| Wellness Reward | | | 0 | | 0 | 50.00 | State Tax - PA | 72.64 | 726.74 |
| Discretionary Bonus | | | 0 | | 0 | 1,175.82 | SUI-Employee Paid - PA | 1.73 | 17.44 |
| PTO / Vacation | 06/23/2024 - 07/06/2024 | 16 | 30.823 | 493.17 | 76 | 2,300.97 | City Tax - EWHTL | 23.66 | 236.72 |
| Regular | 06/23/2024 - 07/06/2024 | 64 | 0 | 1,972.68 | 564 | 17,037.68 | PA LST - EWHTL | 2.00 | 24.00 |
| Earnings | | | | 2,469.50 | | 24,911.10 | Employee Taxes | 298.02 | 3,672.25 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Pre-Tax | | 46.88 | 401K Loan | 157.38 | 1,438.92 |
| Dental Pre-Tax | 11.72 | 93.76 | Critical Illness Employee | 10.15 | 127.63 |
| Medical Pre-Tax | | 341.32 | EWA Fees | 3.49 | 13.96 |
| Medical Pre-Tax | 85.33 | 682.64 | EWA Principal | 45.00 | 515.00 |
| Vision Pre-Tax | 2.75 | 33.00 | Child Life | 0.42 | 5.04 |
| | | | Employee Supplemental Life | 5.32 | 65.94 |
| | | | Short Term Disability | 27.55 | 330.60 |
| Pre Tax Deductions | 99.80 | 1,197.60 | Post Tax Deductions | 249.31 | 2,497.09 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| AD& D Life ER | 0.64 | 7.68 | OASDI - Taxable Wages | 2,369.70 | 23,713.50 |
| Dental ER | | 20.08 | Medicare - Taxable Wages | 2,369.70 | 23,713.50 |
| Dental ER | 5.02 | 40.16 | Federal Withholding - Taxable Wages | 2,369.70 | 23,713.50 |
| EAP ER | 0.50 | 6.00 | State Tax Taxable Wages - PA | 2,366.05 | 23,671.24 |
| Basic Life ER | 6.75 | 82.11 | | | |
| Long Term Disability ER | 8.58 | 102.96 | | | |
| Medical ER | | 1,067.40 | | | |
| Medical ER | 266.85 | 2,134.80 | | | |
| Employer Paid Benefits | 288.34 | 3,461.19 | | | |

| | Federal | State | Absence Plans | | | |
|--|---------|-------|---------------|--|--|--|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | ESL | 0 | 0 | 46.21 |
| Additional Withholding | 0 | 0 | PTO | 10.77 | 16 | 89.06 |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Unknown | Checking999 | ******5635 | | 1,818.72    USD |



USA Fresenius Mgmt Services Inc    920 Winter Street Waltham, MA 02451    +1 781-699-9000
Dana Manton    252 Chestnut St Spring City, PA 19475

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Dana Manton | USA Fresenius Mgmt Services Inc | 3124400 | 07/07/2024 | 07/20/2024 | 07/26/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 2,540.85 | 99.80 | 323.05 | 201.57 | 1,916.43 |
| YTD | 636.00 | 27,409.69 | 1,297.40 | 3,995.30 | 2,698.66 | 19,418.33 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| KCA Bonus | | 0 | | | 0 | 2,410.40 | OASDI | 151.57 | 1,621.81 |
| STD ESL | | 0 | | | 0 | 1,893.97 | Medicare | 35.44 | 379.29 |
| Life Insurance Impu | 07/07/2024 - 07/20/2024 | 0 | 0 | 3.65 | 0 | 45.91 | Federal Withholding | 32.91 | 886.17 |
| Wellness Reward | 07/07/2024 - 07/20/2024 | 0 | 0 | 75.00 | 0 | 125.00 | State Tax - PA | 74.94 | 801.68 |
| Discretionary Bonus | | 0 | | | 0 | 1,175.82 | SUI-Employee Paid - PA | 1.78 | 19.22 |
| PTO / Vacation | 07/07/2024 - 07/20/2024 | 8 | 30.823 | 246.59 | 84 | 2,547.56 | City Tax - EWHTL | 24.41 | 261.13 |
| Regular | 07/07/2024 - 07/20/2024 | 72 | 0 | 2,219.26 | 636 | 19,256.94 | PA LST - EWHTL | 2.00 | 26.00 |
| Earnings | | | | 2,544.50 | | 27,455.60 | Employee Taxes | 323.05 | 3,995.30 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Pre-Tax | | 46.88 | 401K Loan | 157.38 | 1,596.30 |
| Dental Pre-Tax | 11.72 | 105.48 | Critical Illness Employee | 10.15 | 137.78 |
| Medical Pre-Tax | | 341.32 | EWA Fees | | 13.96 |
| Medical Pre-Tax | 85.33 | 767.97 | EWA Principal | | 515.00 |
| Vision Pre-Tax | 2.75 | 35.75 | Child Life | 0.42 | 5.46 |
| | | | Employee Supplemental Life | 5.43 | 71.37 |
| | | | Short Term Disability | 28.19 | 358.79 |
| Pre Tax Deductions | 99.80 | 1,297.40 | Post Tax Deductions | 201.57 | 2,698.66 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| AD& D Life ER | 0.66 | 8.34 | OASDI - Taxable Wages | 2,444.70 | 26,158.20 |
| Dental ER | | 20.08 | Medicare - Taxable Wages | 2,444.70 | 26,158.20 |
| Dental ER | 5.02 | 45.18 | Federal Withholding - Taxable Wages | 2,444.70 | 26,158.20 |
| EAP ER | 0.50 | 6.50 | State Tax Taxable Wages - PA | 2,441.05 | 26,112.29 |
| Basic Life ER | 6.75 | 88.86 | | | |
| Long Term Disability ER | 8.78 | 111.74 | | | |
| Medical ER | | 1,067.40 | | | |
| Medical ER | 266.85 | 2,401.65 | | | |
| Employer Paid Benefits | 288.56 | 3,749.75 | | | |

| | Federal | | State | Absence Plans | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | | Description | Accrued | Reduced | Available |
| Allowances | 0 | | 0 | ESL | 0 | 0 | 47.75 |
| Additional Withholding | 0 | | 0 | PTO | 10.77 | 8 | 91.83 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Unknown | Checking999 | ******5635 | | 1,916.43 | USD |



USA Fresenius Mgmt Services Inc    920 Winter Street Waltham, MA 02451    +1 781-699-9000
Dana Manton    252 Chestnut St Spring City, PA 19475

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Dana Manton | USA Fresenius Mgmt Services Inc | 3124400 | 07/21/2024 | 08/03/2024 | 08/09/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|-------------|-----------|--------------------|----------------|--------------------|---------|
| Current | 40.00 | 2,465.84 | 99.80 | 281.31 | 201.57 | 1,883.16 |
| YTD | 676.00 | 29,875.53 | 1,397.20 | 4,276.61 | 2,900.23 | 21,301.49 |

| Earnings | | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| KCA Bonus | | | 0 | | 0 | 2,410.40 | OASDI | 146.92 | 1,768.73 |
| STD ESL | | | 0 | | 0 | 1,893.97 | Medicare | 34.36 | 413.65 |
| Life Insurance Impu | 07/21/2024 - 08/03/2024 | 0 | 0 | 3.65 | 0 | 49.56 | Federal Withholding | 0.00 | 886.17 |
| Wellness Reward | | | 0 | | 0 | 125.00 | State Tax - PA | 72.64 | 874.32 |
| Discretionary Bonus | | | 0 | | 0 | 1,175.82 | SUI-Employee Paid - PA | 1.73 | 20.95 |
| PTO / Vacation | 07/21/2024 - 08/03/2024 | 40 | 30.823 | 1,232.92 | 124 | 3,780.48 | City Tax - EWHTL | 23.66 | 284.79 |
| Regular | 07/21/2024 - 08/03/2024 | 40 | 0 | 1,232.92 | 676 | 20,489.86 | PA LST - EWHTL | 2.00 | 28.00 |
| Earnings | | | | 2,469.49 | | 29,925.09 | Employee Taxes | 281.31 | 4,276.61 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Pre-Tax | | 46.88 | 401K Loan | 157.38 | 1,753.68 |
| Dental Pre-Tax | 11.72 | 117.20 | Critical Illness Employee | 10.15 | 147.93 |
| Medical Pre-Tax | | 341.32 | EWA Fees | | 13.96 |
| Medical Pre-Tax | 85.33 | 853.30 | EWA Principal | | 515.00 |
| Vision Pre-Tax | 2.75 | 38.50 | Child Life | 0.42 | 5.88 |
| | | | Employee Supplemental Life | 5.43 | 76.80 |
| | | | Short Term Disability | 28.19 | 386.98 |
| Pre Tax Deductions | 99.80 | 1,397.20 | Post Tax Deductions | 201.57 | 2,900.23 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| AD& D Life ER | 0.66 | 9.00 | OASDI - Taxable Wages | 2,369.69 | 28,527.89 |
| Dental ER | | 20.08 | Medicare - Taxable Wages | 2,369.69 | 28,527.89 |
| Dental ER | 5.02 | 50.20 | Federal Withholding - Taxable Wages | 2,369.69 | 28,527.89 |
| EAP ER | 0.50 | 7.00 | State Tax Taxable Wages - PA | 2,366.04 | 28,478.33 |
| Basic Life ER | 6.75 | 95.61 | | | |
| Long Term Disability ER | 8.78 | 120.52 | | | |
| Medical ER | | 1,067.40 | | | |
| Medical ER | 266.85 | 2,668.50 | | | |
| Employer Paid Benefits | 288.56 | 4,038.31 | | | |

| | Federal | State | Absence Plans | | | |
|--|---------|-------|---------------|--|--|--|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | ESL | 0 | 0 | 49.28 |
| Additional Withholding | 0 | 0 | PTO | 10.77 | 40 | 62.6 |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Unknown | Checking999 | ******5635 | | 1,883.16    USD |



USA Fresenius Mgmt Services Inc    920 Winter Street Waltham, MA 02451    +1 781-699-9000
Dana Manton    252 Chestnut St Spring City, PA 19475

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Dana Manton | USA Fresenius Mgmt Services Inc | 3124400 | 08/04/2024 | 08/17/2024 | 08/23/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|--------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 72.00 | 3,465.85 | 99.80 | 612.89 | 405.06 | 2,348.10 |
| YTD | 748.00 | 33,341.38 | 1,497.00 | 4,889.50 | 3,305.29 | 23,649.59 |

| Earnings | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| KCA Bonus | | | 0 | | 0 | 2,410.40 | OASDI | 208.92 | 1,977.65 |
| STD ESL | | | 0 | | 0 | 1,893.97 | Medicare | 48.87 | 462.52 |
| Life Insurance Impu | 08/04/2024 - 08/17/2024 | 0 | 0 | 3.65 | 0 | 53.21 | Federal Withholding | 213.67 | 1,099.84 |
| Wellness Reward | | | 0 | | 0 | 125.00 | State Tax - PA | 103.34 | 977.66 |
| Discretionary Bonus | 08/04/2024 - 08/17/2024 | 0 | 0 | 1,000.00 | 0 | 2,175.82 | SUI-Employee Paid - PA | 2.43 | 23.38 |
| PTO / Vacation | 08/04/2024 - 08/17/2024 | 8 | 30.823 | 246.59 | 132 | 4,027.07 | City Tax - EWHTL | 33.66 | 318.45 |
| Regular | 08/04/2024 - 08/17/2024 | 72 | 0 | 2,219.26 | 748 | 22,709.12 | PA LST - EWHTL | 2.00 | 30.00 |
| Earnings | | | | 3,469.50 | | 33,394.59 | Employee Taxes | 612.89 | 4,889.50 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Pre-Tax | | 46.88 | 401K Loan | 157.38 | 1,911.06 |
| Dental Pre-Tax | 11.72 | 128.92 | Critical Illness Employee | 10.15 | 158.08 |
| Medical Pre-Tax | | 341.32 | EWA Fees | 3.49 | 17.45 |
| Medical Pre-Tax | 85.33 | 938.63 | EWA Principal | 200.00 | 715.00 |
| Vision Pre-Tax | 2.75 | 41.25 | Child Life | 0.42 | 6.30 |
| | | | Employee Supplemental Life | 5.43 | 82.23 |
| | | | Short Term Disability | 28.19 | 415.17 |
| Pre Tax Deductions | 99.80 | 1,497.00 | Post Tax Deductions | 405.06 | 3,305.29 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| AD& D Life ER | 0.66 | 9.66 | OASDI - Taxable Wages | 3,369.70 | 31,897.59 |
| Dental ER | | 20.08 | Medicare - Taxable Wages | 3,369.70 | 31,897.59 |
| Dental ER | 5.02 | 55.22 | Federal Withholding - Taxable Wages | 3,369.70 | 31,897.59 |
| EAP ER | 0.50 | 7.50 | State Tax Taxable Wages - PA | 3,366.05 | 31,844.38 |
| Basic Life ER | 6.75 | 102.36 | | | |
| Long Term Disability ER | 8.78 | 129.30 | | | |
| Medical ER | | 1,067.40 | | | |
| Medical ER | 266.85 | 2,935.35 | | | |
| Employer Paid Benefits | 288.56 | 4,326.87 | | | |

| Federal | | State | Absence Plans | | | |
|---------|--|-------|---------------|--|--|--|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | ESL | 0 | 0 | 50.81 |
| Additional Withholding | 0 | 0 | PTO | 10.77 | 8 | 65.37 |

| Payment Information | | | | | |
|---------------------|--|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Unknown | Checking999 | ******5635 | | 2,348.10 | USD |