Certificate Number: 05781-PAE-DE-038989981

Bankruptcy Case Number: 24-13352



05781-PAE-DE-038989981

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 22, 2024, at 12:11 o'clock PM PDT, Dana Manton completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 22, 2024              By:   /s/Allison M Geving

                                      Name: Allison M Geving

                                      Title: President