**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Dana Marie Manton, | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.:  24-13352-pmm |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed November 6, 2024 was forwarded to the following parties, as follows:

*Via First Class Mail on November 6, 2024:*

Kimberly Lynn Madden, Auth. Agent
Inova Federal Credit Union
P.O. Box 1148
Elkhart IN 46515

All other creditors not otherwise served via ECF

*Via Electronic Filing (ECF) on November 6, 2024:*

Denise Elizabeth Carlon, Esquire on behalf of PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                      **ROSS, QUINN & PLOPPERT, P.C.**

                            By:     */s/ Joseph Quinn*
                                      Joseph Quinn, Esquire
                                      Attorney I.D. No. 307467
                                      192 S. Hanover Street, Suite 101
                                      Pottstown, PA 19464
                                      T: 610.323.5300
                                      F: 610.323.6081
                                      jquinn@rqplaw.com
Date:  November 6, 2024            Counsel for Debtor

1