## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Dana Marie Manton, | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.:  24-13352-pmm |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed December 23, 2024 was forwarded to the following parties, as follows:

*Via Certified Mail (9589 0710 5270 2409 1909 76) on December 23, 2024:*

Dallas Bergl, President/CEO
Inova Federal Credit Union
358 S. Elkhart Ave.
Elkhart, IN 46516

*Via First Class Mail on December 23, 2024:*

Kimberly Lynn Madden, Auth. Agent
Inova Federal Credit Union
P.O. Box 1148
Elkhart IN 46515

All other creditors not otherwise served via ECF

*Via Electronic Filing (ECF) on December 23, 2024:*

Denise Elizabeth Carlon, Esquire on behalf of PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

|  |  |
|---|---|
| By: | */s/ Joseph Quinn* |
|  | Joseph Quinn, Esquire |
|  | Attorney I.D. No. 307467 |
|  | 192 S. Hanover Street, Suite 101 |
|  | Pottstown, PA 19464 |
|  | T: 610.323.5300 |
|  | F: 610.323.6081 |
|  | jquinn@rqplaw.com |

Date: December 23, 2024    Counsel for Debtor

2