United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dana Marie Manton  
    Debtor

Case No. 24-13352-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 23, 2025      Form ID: 155      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dana Marie Manton, 252 Chestnut Street, Spring City, PA 19475-1919 |
| 14933207 | + | PENNYMAC LOAN SERVICES, LLC, C/O Denise Carlon, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14963621 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 24 2025 00:47:42 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 14943578 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2025 01:00:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14928285 | + | Email/PDF: bncnotices@becket-lee.com | Jan 24 2025 00:48:03 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 14928286 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 24 2025 00:42:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14928287 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2025 01:01:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14939021 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2025 00:48:04 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14928288 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2025 00:48:02 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14928289 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2025 00:48:30 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14932935 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 00:42:00 | Discover Bank, PO BOX 3025, New Albany, OH 43054-3025 |
| 14928290 | + | Email/Text: mrdiscen@discover.com | Jan 24 2025 00:42:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14928291 | | Email/Text: Bankruptcy@inovafcu.org | Jan 24 2025 00:42:00 | Inova Federal Credit Union, 358 S Elkhart Avenue, Elkhart, IN 46515 |
| 14928292 | | Email/Text: Bankruptcy@inovafcu.org | Jan 24 2025 00:42:00 | Inova Federal Credit Union, Attn: Bankruptcy, 58 South Elkhart Ave, Elkhart, IN 46516 |
| 14933928 | | Email/Text: Bankruptcy@inovafcu.org | Jan 24 2025 00:42:00 | Inova Federal Credit Union, P.O. Box 1148, Elkhart, IN 46515 |
| 14948367 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 24 2025 00:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14928293 | + | Email/Text: Documentfiling@lciinc.com | | |

Case 24-13352-pmm   Doc 27   Filed 01/25/25   Entered 01/26/25 00:40:19   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: 155 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14947612 | + | Email/Text: Documentfiling@lciinc.com | Jan 24 2025 00:42:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| | | | Jan 24 2025 00:42:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14932579 | | Email/PDF: bankruptcy_prod@navient.com | Jan 24 2025 00:48:02 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14928295 | + | Email/PDF: bankruptcy_prod@navient.com | Jan 24 2025 01:01:24 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14928294 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 24 2025 00:48:31 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14947962 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2025 00:48:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14928296 | + | Email/PDF: ebnotices@pnmac.com | Jan 24 2025 01:00:56 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14939460 | + | Email/PDF: ebnotices@pnmac.com | Jan 24 2025 00:48:07 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14948735 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 00:48:23 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14928297 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 01:00:26 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14928298 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 01:01:06 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14928299 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 00:48:01 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14928300 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 00:47:40 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14928301 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 00:47:44 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14928302 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 24 2025 00:43:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14962999 | *P++ | INOVA FEDERAL CREDIT UNION, ATTN BANKRUPTCY, PO BOX 1148, ELKHART IN 46515-1148, address filed with court:, Inova Federal Credit Union, 358 S Elkhart Avenue, Elkhart IN 46515 |
| 14959629 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 23, 2025 | Form ID: 155 | Total Noticed: 31

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Dana Marie Manton CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Dana Marie Manton<br>    aka Dana Marie Manton−Delaney<br><br>    Debtor(s). | Case No. 24−13352−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 23, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court